United States District Court
Northern District of California

1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6                                   SAN JOSE DIVISION

7

8      JOYCE MARIE SIMMONS,                     Case No. 19-cv-00139-VKD

                    Plaintiff,
9

10            v.                                 **ORDER OF REASSIGNMENT TO**
                                                 **DISTRICT JUDGE**
11     KIMBERLY LUKE, et al.,

12                  Defendants.

13

14            Pro se plaintiff Joyce Marie Simmons, a federal prisoner, filed a civil rights action under

15     *Bivens v. Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against

16     prison officials at the Federal Correctional Institution in Dublin, California, for allegedly violating

17     her constitutional rights.  Dkt. No. 1.  On May 3, 2019, the Court screened the complaint pursuant

18     to 28 U.S.C. § 1915A(a), and found several deficiencies.  Dkt. No. 8.  Ms. Simmons was granted

19     leave to file an amended complaint no later than May 31, 2019, to attempt to correct the

20     deficiencies.  *Id.* at 5.  The deadline has passed, and she has failed to file an amended complaint or

21     have any further communication with the Court.

22            All named parties, including unserved defendants, must consent to magistrate judge

23     jurisdiction before a magistrate judge may hear and decide a case.  *See* 28 U.S.C. § 636(c)(1);

24     *Williams v. King*, 875 F.3d 500, 501–04 (9th Cir. 2017) (magistrate judge lacked jurisdiction to

25     dismiss case on initial review because unserved defendants had not consented to proceed before

26     magistrate judge).  As it appears that this case requires a decision that disposes of the claims

27     against some or all of the defendants at this time, and because not all parties have consented to

28     magistrate judge jurisdiction, the matter must be reassigned to a district judge.

Accordingly, the Clerk shall reassign this case to a district judge pursuant to the Court's Assignment Plan.

**IT IS SO ORDERED.**

Dated: June 11, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge