UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE MARIE SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY LUKE,<br><br>    Defendant. | Case No. 19-cv-00139-HSG<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>Re: Dkt. No. 21 |

Good cause being shown, defendant Kimberly Luke's request for an extension of time to answer the complaint (Dkt. No. 21) is GRANTED. Defendant Luke shall answer the complaint **by November 11, 2019**.[1]

This order terminates Dkt. No. 21.

**IT IS SO ORDERED.**

Dated: 10/15/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Section 1997e(g) allows a defendant to "waive the right of reply" in a civil rights action filed by a prisoner. *See* 42 U.S.C. § 1997e(g) ("Any defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983 of this title or any other Federal law."). The "reply" referred to in Section 1997e(g) is equivalent to an answer to the complaint. Further, "[n]otwithstanding any other law or rule of procedure, such a waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed." *Id.*