UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE MARIE SIMMONS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIMBERLY LUKE,<br><br>　　　　Defendant. | Case No. 19-cv-00139-HSG<br><br>**JUDGMENT** |

The Court has granted summary judgment in favor of defendant. The Clerk is directed to enter judgment in favor of defendant and against plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/2/2020

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　 United States District Judge